1 | JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
2 | PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
3 | AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
4 | T. MATTHEW HANSEN (CA Bar No. 231057)
mhansen@adorno.com
5 | ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
6 | 633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
7 | Tel: (213) 229-2400
Fax: (213) 229-2499
8
Attorneys for Defendants
9 | CALIFORNIA RECONVEYANCE COMPANY;
MORTGAGE ELECTRONIC REGISTRATION
10 | SYSTEMS, INC.; and JPMORGAN CHASE
BANK, N.A., an acquirer of certain assets and
11 | liabilities of Washington Mutual Bank, from the
Federal Deposit Insurance Corporation, acting as
12 | Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| GWENDOLYN J. JOHNSON, | **CASE NO.:** CV-00929-AWI-DLB |
|---|---|
| Plaintiff, | **Magistrate:** Hon. Dennis L. Beck |
| v. | **ORDER RE:** STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT |
| WASHINGTON MUTUAL, INDYMAC BANK, CAMERON FINANCIAL GROUP, INC., DBA 1ST CHOICE MORTGAGE, CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AMERITECH MORTGAGE, ZORAN TRAJANOVICH, IRINA TRAJANOVICH, BRENDA FRAZIER, EARL SHANNON FARIES and DOES 1-20 inclusive, | **Action Filed:** June 2, 2009 |
| Defendants. | |

1
[PROPOSED] ORDER RE EXT OF TIME TO FILE RESPONSE 2 COMPLAINT

2020787.1

# ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. The Stipulation for Extension of Time to Respond to the Complaint in this action is approved; and

2. Defendants CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, from the Federal Deposit Insurance Corporation, acting as Receiver shall have up to, and including July 7, 2009, to file their Answer to the Complaint of Plaintiff Gwendolyn J. Johnson in this action.

IT IS SO ORDERED.

Dated: 24 June 2009                         /s/ *Dennis L. Beck*
                                                         United States Magistrate Judge