IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN J. JOHNSON,      )<br>                                                      )<br>        Plaintiff,                            )<br>   v.                                            )<br>                                                      )<br>WASHINGTON MUTUAL, et al.,  )<br>                                                      )<br>        Defendants.                     )<br>_____) | 1:09-CV-929  AWI DLB<br><br>ORDER ON MOTION FOR RECONSIDERATION OR REQUEST TO FILE FIRST AMENDED COMPLAINT AND ORDER VACATING OCTOBER 26, 2009 HEARING<br><br>(Doc. No. 28) |

On September 8, 2009, this Court struck an amended complaint because it was filed without permission of the Court and without consent of the parties after the ability of Plaintiff to amend as a matter of right had been extinguished. See Fed. R. Civ. Pro. 15; United States ex rel. Mathews v. HealthSouth Corp., 332 F.3d 293, 296 (5th Cir. 2003). On September 25, 2009, Plaintiff filed a motion for reconsideration/request to file an amended complaint. Hearing on this motion is set for October 26, 2009. Plaintiff explained that the stricken complaint was filed in order to correct a typo in the title. Counsel for the Defendants who have appeared has stipulated to allowing the filing of an amended complaint. The stipulation also allows Defendants twenty (20) days in which to file a response. Given Plaintiff's explanation and the stipulation, the Court will grant leave to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration/request to file an amended complaint is GRANTED and Plaintiff may file the submitted amended complaint within five (5) days of service of this order, but shall entitle the amended complaint "Second Amended Complaint;"
2. Defendants who have appeared in this case shall file a response within twenty (20) days of service of the Second Amended Complaint; and
3. The October 26, 2009, hearing is VACATED.

IT IS SO ORDERED.

**Dated:   October 13, 2009**              /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE