JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
T. MATTHEW HANSEN (CA Bar No. 231057)
mhansen@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendants
CALIFORNIA RECONVEYANCE COMPANY;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, from the Federal Deposit Insurance Corporation, acting as Receiver

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GWENDOLYN J. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL,<br>INDYMAC BANK,<br>CAMERON FINANCIAL GROUP, INC.,<br>    DBA 1ST CHOICE MORTGAGE,<br>CALIFORNIA RECONVEYANCE<br>    COMPANY,<br>MORTGAGE ELECTRONIC<br>    REGISTRATION SYSTEMS, INC.,<br>AMERITECH MORTGAGE,<br>ZORAN TRAJANOVICH,<br>IRINA TRAJANOVICH,<br>BRENDA FRAZIER,<br>EARL SHANNON FARIES and<br>DOES 1-20 inclusive,<br><br>    Defendants. | **CASE NO.: CV-09-00929-AWI-DLB**<br><br>**Magistrate: Hon. Dennis L. Beck**<br><br>**ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**Action Filed:** June 2, 2009 |

///

///

1

# ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1.  The Stipulation for Extension of Time to Respond to the Complaint in this action is approved; and

2.  Defendants CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, from the Federal Deposit Insurance Corporation, acting as Receiver shall have up to, and including November 19, 2009, to file their response to the First Amended Complaint of Plaintiff Gwendolyn J. Johnson in this action.

IT IS SO ORDERED.

Dated:   **November 9, 2009**          /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE