IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN J. JOHNSON,<br><br>           Plaintiff,<br>     v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>           Defendants. | 1:09-CV-929  AWI DLB<br><br>ORDER MOVING HEARING<br><br>(Doc. Nos. 39, 44) |

Currently pending for decision is Defendant's motion to dismiss.  Hearing on the motion is set for January 19, 2010.  On January 12, 2010, the parties filed a stipulation to move the hearing to February 3, 2010.  The Court will give effect to the stipulation.  However, the Court's law and motion day is Monday.  As such, the hearing will be moved to February 8, 2010.

Accordingly, IT IS HEREBY ORDERED that the January 19, 2010, hearing is VACATED and the matter is RESET to February 8, 2010, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

**Dated:     January 13, 2010**              /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE