IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN J. JOHNSON,<br><br>    Plaintiff,<br>    v.<br><br>WASHINGTON MUTUAL, et al.,<br><br>    Defendants. | 1:09-CV-929 AWI DLB<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. No. 39) |

    Currently pending before this Court is a Rule 12(b)(6) motion to dismiss by Defendant J.P. Morgan Chase. The motion is set for hearing on February 8, 2010, at 1:30 p.m. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 8, 2010, is VACATED, and the parties shall not appear at that time. As of February 8, 2010, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 2, 2010          /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE