MICHAEL J. M. BROOK (SBN 139595)
mbrook@lanahan.com
LANAHAN & REILLEY LLP
Attorneys at Law
600 Bicentennial Way, Suite 300
Santa Rosa, California 95403
Telephone: (707) 524-4200
Facsimile: (707) 523-4610

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON MUTUAL, INDYMAC BANK, CAMERON FINANCIAL GROUP, INC., DBA 1ST CHOICE MORTGAGE, CALIFORNIA RECONVEYANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AMERITECH MORTGAGE, ZORAN TRAJANOVICH, IRINA TRAJANOVICH, BRENDA FRAZIER, EARL SHANNON FARIES and DOES 1-20 inclusive,<br><br>　　　　　　　Defendants | Case No.: 1:09-CV-00929-AWI-DLB<br><br>**ORDER REMOVING SCHEDULING CONFERENCE FROM CALENDAR**<br><br>Date:　　　Tuesday, June 29, 2010<br>Time:　　　9:00 a.m<br>Courtroom:　9, 2500 Tulare Street,<br>　　　　　　Fresno, CA<br>Judge:　　Dennis L. Beck |

　　　Due to the dismissal with prejudice of Defendants Washington Mutual, J.P. Morgan Chase, California Reconveyance Company, and Mortgage Electronic Registration Systems, Inc. and no other defendants have appeared to date,

　　　IT IS HEREBY ORDERED that

　　　The Scheduling Conference in the in the above-entitled action, currently scheduled for Tuesday, June 29, 2010, at 9:00 a.m., in Courtroom 9 of the above-entitled court, located at 2500 Tulare Street, Fresno, California, Magistrate Judge Dennis L. Beck presiding, be taken off calendar.

　　　IT IS FURTHER ORDERED that

509972　　　　　　　　　　　　　　　　-1-

**[PROPOSED] ORDER REMOVING SCHEDULING CONFERENCE FROM CALENDAR**

1  Plaintiff shall take the default or file dismissals without prejudice of the remaining
2  defendants on or before July 14, 2010.

IT IS SO ORDERED.

Dated: **June 28, 2010**           /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE